IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Brigham Oil & Gas, LP, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSIONS** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Ken Salazar, in his official capacity as Secretary of the United States Department of the Interior; United States Department of the Interior; Robert Abbey, in his official capacity as Director, Bureau of Land Management; Bureau of Land Management; Jamie Connell, in her official capacity as State Director, Montana/Dakotas State Office, Bureau of Land Management of the Department of the Interior, | ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | Case No. 4:11-cv-091 |
| Defendants. | ) | |

Before the court is are motions for attorneys Randal M. Kirk and Andrew A. Smith to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Randal M. Kirk and Andrew A. Smith have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 3 and 4) are **GRANTED**. Attorneys Randal M. Kirk and Andrew A. Smith are admitted to practice before this court in the above-entitled action on plaintiff's behalf.

**IT IS SO ORDERED.**

Dated this 18th day of November, 2011.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge