IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Brigham Oil & Gas, LP, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Ken Salazar, in his official capacity | ) | |
| as Secretary of the United States | ) | |
| Department of the Interior, et. al., | ) | |
| | ) | Case No. 4:11-cv-091 |
| Defendants. | ) | |

Before the court defendants' motion for attorney Gregory D. Page to appear *pro hac vice* on their behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Gregory D. Page has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 6) is **GRANTED**. Attorney Gregory D. Page is admitted to practice before this court in the above-entitled action on defendants' behalf.

**IT IS SO ORDERED.**

Dated this 17th day of January, 2012.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge